UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.S. by and through ILITA WILLIS, as next friend, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:08CV1064 CDP ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case is reversed and remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence 4.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2009.